<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-4022**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELTON TABOR,

Defendant - Appellant.

————————

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CR-01-50)

————————

Submitted: June 7, 2002          Decided: June 24, 2002

————————

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

C. Carlyle Steele, Jr., Greenville, South Carolina, for Appellant. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felton Tabor appeals his sentence imposed by the district court. Felton's counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting there are no meritorious issues for appeal, but addressing the propriety of the district court's plea hearing conducted pursuant to Fed. R. Crim. P. 11. Tabor has also filed an informal brief on his own behalf raising several additional contentions. We have reviewed the plea hearing and the colloquy the district court undertook with Tabor. We find the court fully complied with Rule 11 and that Tabor's plea was knowing and voluntary. Moreover, we find the issues raised in Tabor's informal brief to be without merit. Accordingly, we affirm the district court's judgment.

We have examined the entire record in this case in accordance with the requirements of Anders and find no meritorious issues for appeal. This Court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this Court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. Finally, we dispense with oral argument, because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED